No. 00–6206. AKINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6208. WATSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–6209. WHITE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6213. BALTODANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6219. WICKER *v.* ILLINOIS DEPARTMENT OF PUBLIC AID. C. A. 7th Cir. Certiorari denied.

No. 00–6222. MILLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–6228. SUGGS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6229. PADILLA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6230. OWENS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–6234. DOUGLAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–6235. SPENCE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6236. EVANS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–6238. POSEY *v.* DeWALT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–6239. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6240. RICHARDSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.